```
                                                              FILED
                                                    UNITED STATES DISTRICT COURT
              IN THE UNITED STATES DISTRICT COURT        DENVER, COLORADO
                    FOR THE DISTRICT OF COLORADO
                                                           APR 14 2011
Civil Action No. 11-cv-00503-BNB                       GREGORY C. LANGHAM
                                                                  CLERK
ADAM DMYTRYSZYN,

      Plaintiff,

v.

THE PEOPLE OF THE STATE OF COLORADO, and
JOHN DOE, an Unknown Named Judge of the Colorado Court of Appeals,
      in his official capacity,

      Defendants.
```

## ORDER OVERRULING OBJECTION

This matter is before the Court on the document titled "Objections to Magistrate [Judge's] Order" (docket no. 7) filed **pro se** by the Plaintiff, Adam Dmytryszyn, on April 12, 2011. Mr. Dmytryszyn objects to Magistrate Judge Boyd N. Boland's March 9, 2011, order to cure deficiencies in this action. The Court will construe the objection liberally as an objection filed pursuant to 28 U.S.C. § 636(b)(1)(A). For the reasons stated below, the objection will be overruled.

Pursuant to 28 U.S.C. § 636(b)(1)(A), a judge may reconsider any pretrial matter designated to a magistrate judge to hear and determine where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law.

In the March 9 order to cure, Magistrate Judge Boland acted in compliance with Local Rule 8.2 of the Local Rules of Practice for this Court, which requires a judicial officer to review the pleadings of a prisoner prior to service. *See* D.C.COLO.LCivR 8.2. The local rule also requires a *pro se* prisoner to use the forms established by this Court

to file an action. These are the exact deficiencies Mr. Dmytryszyn was directed to cure in the March 9 order. The Court concludes that Magistrate Judge Boland's March 9 order is neither clearly erroneous nor contrary to law. Therefore, Mr. Dmytryszyn's liberally construed objection will be overruled.

Accordingly, it is

ORDERED that the document titled "Objections to Magistrate [Judge's] Order" (docket no. 7) that Plaintiff, Adam Dmytryszyn, submitted to and filed with the Court *pro se* on April 12, 2011, and which the Court has construed liberally as an objection filed pursuant to 28 U.S.C. § 636(b)(1)(A), is overruled. It is

FURTHER ORDERED that Mr. Dmytryszyn will be allowed **thirty (30) days from the date of this order** to cure the deficiencies designated in the March 9, 2011, order to cure. It is

FURTHER ORDERED that if Mr. Dmytryszyn fails within the time allowed to cure the designated deficiencies as directed, the action will be dismissed without further notice.

DATED at Denver, Colorado, this __14th__ day of ___April___, 2011.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK
Senior Judge, United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00503-BNB

Adam Dmytryszyn
Prisoner No. 66049
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on April 14, 2011.

GREGORY C. LANGHAM, CLERK

By:  _____
           Deputy Clerk