FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 02 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00503-BNB

ADAM DMYTRYSZYN,

    Plaintiff,

v.

THE PEOPLE OF THE STATE OF COLORADO, and
JOHN DOE, an Unknown Named Judge of the Colorado Court of Appeals,
    in his official capacity,

    Defendants.

## ORDER

The order titled "Order Denying Motion to Reconsider Order Overruling Objection" (ECF No. 10) filed on May 2, 2011, and erroneously and accidentally dated May 29, 2011, will be vacated.

Accordingly, it is

ORDERED that the order titled "Order Denying Motion to Reconsider Order Overruling Objection" (ECF No. 10) filed on May 2, 2011, and erroneously and accidentally dated May 29, 2011, is vacated.

DATED at Denver, Colorado, this 2nd day of May, 2011.

BY THE COURT:

*s/Craig B. Shaffer*
CRAIG B. SHAFFER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00503-BNB

Adam Dmytryszyn
Prisoner No. 66049
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on May 2, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk