FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 0 5 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00503-BNB

ADAM DMYTRYSZYN,

    Plaintiff,

v.

THE PEOPLE OF THE STATE OF COLORADO, and
JOHN DOE, an Unknown Named Judge of the Colorado Court of Appeals,
    in his official capacity,

    Defendants.

## ORDER DENYING MOTION TO RECONSIDER ORDER OVERRULING OBJECTION

    This matter is before the Court on the motion to reconsider the Court's order of April 14, 2011, overruling the objections of Plaintiff, Adam Dmytryszyn, to Magistrate Judge Boyd N. Boland's order of March 9, 2011, to cure deficiencies in this action.

    The motion to reconsider is denied for the reasons stated in the April 14 order. In the April 14 order, the Court granted Mr. Dmytryszyn a thirty-day extension of time to cure the designated deficiencies. Failure to do so within the time allowed will result in the dismissal of the instant action. No further extensions of time will be granted.

    Accordingly, it is

    ORDERED that the motion to reconsider the Court's order of April 14, 2011, overruling the objections of Plaintiff, Adam Dmytryszyn, to Magistrate Judge Boyd N. Boland's order of March 9, 2011, to cure deficiencies in this action that Plaintiff, Adam Dmytryszyn, submitted to and filed with the Court *pro se* on April 28, 2011, is denied. It is

FURTHER ORDERED that Mr. Dmytryszyn continues to have **thirty (30) days from the date of the April 14 order** to cure the deficiencies designated in the March 9 order to cure. It is

FURTHER ORDERED that no further extensions of time will be granted. It is

FURTHER ORDERED that if Mr. Dmytryszyn fails, within the time allowed, to cure the designated deficiencies as directed, the action will be dismissed without further notice.

DATED at Denver, Colorado, this __5th__ day of ____May____, 2011.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK
Senior Judge, United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00503-BNB

Adam Dmytryszyn
Prisoner No. 66049
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on May 5, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk