IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00503-BNB

ADAM DMYTRYSZYN,

       Plaintiff,

v.

THE PEOPLE OF THE STATE OF COLORADO, and
JOHN DOE, an Unknown Named Judge of the Colorado Court of Appeals,
       in his Official Capacity,

       Defendants.

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 23 2011

GREGORY C. LANGHAM
CLERK

---

## ORDER OF DISMISSAL

---

       Plaintiff, Adam Dmytryszyn, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the correctional facility in Sterling, Colorado. He submitted to the Court *pro se* a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, Petition for Writ of Certiorari to the Colorado Supreme Court, Motion for Stay or Temporary Restraining Order, Brief in Support of Motion for Stay or Temporary Restraining Order, Affidavit of Adam Dmytryszyn in Support of His Motion for Stay or Temporary Restraining Order, and a certified copy of his trust fund account statement.

       The Court reviewed the documents and determined they were deficient. Therefore, in an order filed on March 9, 2011, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Dmytryszyn

to cure certain enumerated deficiencies in the case within thirty days if he wished to pursue his claims.

The March 9 order pointed out that Mr. Dmytryszyn must submit either the $350.00 filing fee or a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on the Court-approved form.  The March 9 order also directed Mr. Dmytryszyn to submit a Prisoner Complaint on the Court-approved form.  The order informed Mr. Dmytryszyn that if he failed to cure the designated deficiencies within thirty days the action would be dismissed without further notice.

On April 12, 2011, Mr. Dmytryszyn filed an objection to the March 9 order to cure. On April 14, 2011, the Court overruled Mr. Dmytryszyn's objection and allowed him an additional thirty days in which the cure the deficiencies designated in the March 9 order. The order warned Mr. Dmytryszyn that if he failed within the time allowed to cure the designated deficiencies as directed the action would be dismissed without further notice.  On April 28, 2011, Mr. Dmytryszyn filed a motion to reconsider the April 14 order.  On May 5, 2011, the Court denied the motion to reconsider, reminded Mr. Dmytryszyn that he had thirty days from the April 14 order to cure the deficiencies designated in the March 9 order, and informed him that no further extensions of time would be granted.  The May 5 order warned Mr. Dmytryszyn that if he failed within the time allowed to cure the designated deficiencies as directed the action would be dismissed without further notice.

On May 10, 2011, Mr. Dmytryszyn filed a Brief in Support of Petition for Writ of Certiorari, a Notice of Claim of Unconstitutional Statute, and Objections to Magistrate

Judge's Order.  Mr. Dmytryszyn has failed, within the time allowed, to cure the designated deficiencies.

Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Adam Dmytryszyn, within the time allowed, to cure the deficiencies designated in the March 9, 2011, order to cure.  It is

FURTHER ORDERED that any pending motions are denied as moot.

DATED at Denver, Colorado, this __23rd__ day of ____May_____, 2011.

BY THE COURT:


___s/Lewis T. Babcock_____
LEWIS T. BABCOCK
Senior Judge, United States District Court

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00503-BNB

Adam Dmytryszyn
Prisoner No.  66049
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT**  to the above-named individuals on May 23, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
            Deputy Clerk